1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for JEANNINE PELLETIER**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Jeannine Pelletier,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>Defendant. | CASE NO.:   2:08-CV-00668-EFB<br><br>Stipulation and Order Extending Time to File and Serve Motion |
|---|---|

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of January 4, 2008.  The extension is needed due to press of business in plaintiff's attorney's office.

1       This is the 1st request for extension by plaintiff.

2

3 Dated: 12/5/08                          /s/ Peter Brixie
                                               PETER BRIXIE

4                                                Attorney at Law

5                                                Attorney for Plaintiff

6 Dated: 12/5/08

7                                By:    /s/ Eric Chinn
                                                      ERIC K.H. CHINN

8                                                       Special Assistant U. S. Attorney

9                                                       Attorney for Defendant

10                                       __ooo__

11 APPROVED AND SO ORDERED

12 Dated: December 11, 2008

13                                          By: _____
                                                        EDMUND F. BRENNAN

14                                                         United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28