**PETER E. BRIXIE, S.B.#124186**
**Attorney at Law**
**410 Twelfth Street, Suite One**
**Sacramento, CA 95814**
**Telephone: (916) 658-1880**
**Facsimile: (916) 658-1884**

**Attorney for JEANNINE PELLETIER**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeannine Pelletier,<br><br>Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>Defendant. | CASE NO.:   2:08-CV-00668-EFB<br><br>**Stipulation and Order Extending Time to File and Serve Motion** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of February 5, 2009. The extension is needed due to an recent medical procedure .

This is the 2nd request for extension by plaintiff.

Dated:  1/5/09                             /s/ Peter Brixie
                                           PETER BRIXIE
                                           Attorney at Law

                                           Attorney for Plaintiff

////

////

////

////

Dated: 1/5/09

By: /s/ Eric Chinn
ERIC K.H. CHINN
Special Assistant U. S. Attorney

Attorney for Defendant

—ooo—

APPROVED AND SO ORDERED

Dated: January 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE